IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| **3C INCORPORATED** | * | |
| **Plaintiff** | * | |
| v. | * | **CIVIL ACTION NO. 1:11-cv-00976-BEL** |
| **PEMPER COMPANIES** | * | |
| **Defendant** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT JUDGMENT

The parties, having resolved the matter without any admission of wrongdoing by Defendant, agree to the entry of a final judgment as follows:

1. Defendant shall not, whether directly or by implication, make any mention of Plaintiff or the trademarks CARE ONE, CARE ONE CREDIT or any mark which includes the term CARE ONE, or any other trademark owned directly or indirectly by the Plaintiff (collectively, the Prohibited Marks"), on any website Defendant maintains or controls, or in any marketing or advertising, absent Plaintiff's prior written consent.

2. Defendant shall instruct all of its present and future affiliates not to make any mention of Plaintiff or the Prohibited Marks, whether directly or by implication, shall use good faith efforts to monitor its affiliates for compliance, shall immediately provide notice to any affiliate that it learns (whether by notice from Plaintiff, its own monitoring, or otherwise) is making any mention of the Plaintiff or the Prohibited Marks, and shall immediately terminate its relationship with any affiliate that does not cease such use within five (5) days of when such notice is given.

3.  This Court shall retain jurisdiction over the parties to enforce any alleged violation.

4.  The parties shall bear their own fees and costs, including legal fees, in bringing this action. This shall not preclude a request for fees in the event of any subsequent proceedings.

5.  Notice to the Pemper Companies may be made by electronic mail to marketing@curadebt.com with a copy to teamleadbusiness@gmail.com and by hard copy to: Pemper Companies, Inc., 200 S. Virginia St., 8th Floor, Reno NV 89501 USA. Notice to 3C Incorporated may be made by electronic mail to tburrows@ascendone.com with a copy to nhimmelrich@gfrlaw.com.

**AGREED TO:**

_____
Jerrold A. Thrope
Valerie L. Albrecht
Gordon, Feinblatt, Rothman, Hoffberger
 & Hollander, LLC
The Garrett Building
233 E. Redwood Street
Baltimore, Maryland 21202-3332
Phone: (410) 576-4295
Fax: (410) 576-4269
*Attorneys for Plaintiff 3C Incorporated*

_____
Francis R. Laws, Bar No. 02596
Thomas & Libowitz, P.A.
100 Light Street, Suite 1100
Baltimore, Maryland 21202-1053
Phone: (410) 752-2468
Fax: (410) 752-0979
flaws@tandllaw.com
*Attorneys for Defendant Pemper Companies*