UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0723

September 12, 2011

MEMORANDUM TO COUNSEL RE:   <u>3C Incorporated v. Pemper Companies</u>
Civil No. L-11-976

Dear Counsel:

The Court is in receipt of the parties proposed Stipulation and Consent Judgment. Docket No. 5. On September 9, 2011, the Court convened a teleconference to discuss the proposed judgment and determine the parties' intent in drafting paragraph 3, which states that the Court shall retain jurisdiction over the parties to enforce any alleged violation. It is the Court's understanding that the case will not remain open or be subject to active monitoring. Rather, the case will close and the Defendant consents, by the terms of the agreement, to the Court's jurisdiction should the Plaintiff at some later date file suit alleging a violation. On this understanding, the Court hereby APPROVES the Consent Judgment and directs the Clerk to CLOSE the case.

Despite the informal nature of this memorandum, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/
_____
Benson Everett Legg